

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARC HOROWITZ, HERLINDA HOROWITZ, and
KUIZKNOWS KID, LLC,

                Plaintiffs,

    -against-

QFA ROYALTIES, TQSC II LLC,
QIP HOLDER LLC, QCE HOLDING LLC,
ROC CORPORATION, WALTER HENRY,
ROBERT TOBIAS and DANIEL STEEL

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-23-11
Index No: 11 CIV 6123 (VB)

<u>ORDER TO
SHOW CAUSE
FOR A</u> ~~DEFAULT~~ Partial Default
<u>JUDGMENT</u>

Upon the Affirmation of Barry D. Haberman, Esq. sworn to on November 15, 2011, and the exhibits attached thereto, and the Complaint in the above-captioned matter;

IT IS HEREBY ORDERED, that the Defendant ROC Corporation show cause before this Court, at Room 620, United States Courthouse, 300 Quarropas Street, in White Plains, New York on _December 20_ 2011, at _9:30_ a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Fed. R. Civ. P. 55(b)(2) entering a default judgment against the Defendant ROC Corporation, and granting such other and further relief as this Court deem just and proper; and it is further

ORDERED, that sufficient reason having been shown, service of this Order and supporting papers upon Defendant ROC Corporation, by overnight mail to the address on file with the Secretary of State of the State of New York, on or before _November 30_, 2011 shall be deemed good and sufficient service.

Dated: White Plains, New York
       November _23_, 2011

                                             _____
                                             Hon. Vincent L. Briccetti
                                             U.S.D.J.